IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:23-CV-00084-KDB-SCR

| | |
|---|---|
| **THEODORE H. CORRIHER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **PERSONAL REPRESENTATIVE OF** ) | |
| **THE ESTATE OF JIMMIE D. DORRIS,** ) | |
| et. al., ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on "Defendant B&B Marine II, LLC's Motion to Dismiss…." (Doc. No. 30) filed October 2, 2023; and Plaintiff's "Amended Complaint" (Doc. No. 33) filed October 17, 2023.

On September 26, 2023, the Court granted Plaintiff leave to file an Amended Complaint within 21 days of the Order – that is, October 17, 2023. (Doc. No. 29). The Amended Complaint is therefore timely.

It is well-settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. Hall v. Int'l Union, United Auto., Aerospace & Agric. Implement Workers of Am., No. 3:10-CV-418-RJC-DSC, 2011 WL 4014315, at *1 (W.D.N.C. June 21, 2011); Young v. City of Mount Ranier, 238 F.3d 567, 572-73 (4th Cir. 2001).

**IT IS THEREFORE ORDERED** that:

1. The "Defendant B&B Marine II, LLC's Motion to Dismiss…." (Doc. No. 30) is administratively **DENIED** as moot without prejudice.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth Bell.

**SO ORDERED**.

Signed: October 18, 2023

Susan C. Rodriguez
United States Magistrate Judge