# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

Civil Action No. 5:23-cv-00084-KDB-SCR

| | |
|---|---|
| THEODORE H. CORRIHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHLAND DIVERSIFIED )<br>INDUSTRIES, INC., and B&B )<br>MARINE II, LLC, INDIVIDUALLY )<br>AND D/B/A MARTY'S MARINE, )<br>)<br>Defendants. ) | STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE |

Plaintiff Theodore H. Corriher and Defendants Richland Diversified Industries, Inc. and B&B Marine II, LLC, individually and d/b/a Marty's Marine, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims by and against all parties, however styled, are hereby dismissed, *with prejudice*. Each party is to bear his or its own respective costs and fees.

This the 29th day of May, 2024.

/s/ Shawn A. Copeland
Shawn A. Copeland (NC Bar #36345)
COPELAND RICHARDS, PLLC
PO Box 430 *(all U.S. mail)*
215 S. Mail Street, Suite 301
Davidson, NC 28036
Phone: 704.439.4441
Fax: 704.439.4413
Email: *shawn@copelandrichards.com*

**Counsel for Plaintiff Theodore H. Corriher**

/s/ Jason R. Harris
Jason R. Harris (NC Bar #27876)
FARRELL SMITH O'CONNELL AARSHEIM
APRANS LLP
7304 Edith Court
Wilmington, NC 28411
27 Congress St., Suite 1508 *(U.S. mail)*
Salem, MA 01970
Phone: 910.836.1755
Fax: 978.666.0383
Email: *jharris@fsofirm.com*

**Counsel for Defendant Richland Diversified Industries, Inc.**

/s/ Terry D. Horne
Terry D. Horne (NC Bar #12986)
Ned A. Stiles (NC Bar #8997)
STILES BYRUM & HORNE, LLP
325 Arlington Avenue, Suite 650
Charlotte, NC  28203
Phone:  704.332.2830
Fax: 704.332.3281
Email: *thorne@sbhlaw.net*

***Counsel for Defendants B & B Marine II, LLC,
Individually and d/b/a Marty's Marine***